J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Disney Enterprises, Inc.

Penelope Alvarez a/k/a Penny Alvarez
*charmergirls@sbcglobal.net*
2045 Mariposa Drive
Dixon, California  95620
Telephone:  (707) 678-4870

Closed

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., <br><br>    Plaintiff, <br><br>    v. <br><br> Penelope Alvarez a/k/a Penny Alvarez and Does 1-10, inclusive, <br><br>    Defendants. | Case No. CV09-1018 JFW (CTx) <br><br> JUDGMENT PURSUANT TO STIPULATION |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed by Plaintiff Disney Enterprises, Inc. ("Plaintiff"), on the one hand, and Defendant Penelope Alvarez a/k/a Penny Alvarez ("Defendant") in this action, and good cause appearing therefor, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     Plaintiff is entitled to and shall collectively recover from the Defendant on Plaintiff's Complaint for Defendant's infringement the sum of Twenty-Five Thousand Dollars ($25,000.00).

2. Plaintiff is entitled to and shall collectively recover from the Defendant interest accruing upon any unpaid portion of said $25,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH. IT IS SO ORDERED this 28th day of August, 2012.

_____
Hon. John F. Walter
Judge, United States District Court for the Central District of California